UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE WILLIAMS d/b/a AUBURN SQUARE PLAZA, et al.,

Plaintiffs,

v.

AMERICAN FIRE AND CASUALTY COMPANY,

Defendant.

No.  2:25-cv-03665-DAD-CSK

ORDER DENYING STIPULATION WITHOUT PREJUDICE

(Doc. No. 10)

On May 22, 2026, the parties filed what purports to be a stipulation, in which the parties "respectfully request the Court enter an order on this Stipulation."  (Doc. No. 10 at 2.)  The

/////

/////

/////

/////

/////

/////

/////

/////

/////

1

parties did not make any request within the stipulation as to what the court should order. Accordingly, the court DENIES the parties' request.[1]

  IT IS SO ORDERED.

Dated:   **July 1, 2026**

            _Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The parties did represent that the "interests of efficiency and economy of the parties and the Court" would be benefitted by bifurcating plaintiffs' second cause of action for breach of duty of good faith and fair dealing from their first cause of action for breach of contract and staying all proceedings as to the second cause of action. (Doc. No. 10 at 2.) However, the parties' request in this regard is unclear since they do not request any specific modification to the court's scheduling order. Moreover, the parties' stipulation does not provide good cause to support a finding by the court that judicial economy would be served by delaying discovery on one cause of action. The parties' only representation in this regard is that defendant believes that resolution of the first cause of action may resolve the action entirely (*id.* at 2), but the court does not find that hypothetical circumstance standing alone to provide good cause to "stay" discovery as to the second cause of action.